FORM ordsmtx (Rev. 10/23)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

In Re: Michael Jaray Dobson
SSN/ITIN: xxx–xx–4234, xxx–xx–1560
  Debtor

Bankruptcy Case No.: 25–40447–KKS

Chapter: 13
Judge: Karen K. Specie

**ORDER DISMISSING CASE FOR FAILURE TO COMPLY
WITH ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED
FOR FAILURE TO FILE LIST OF CREDITORS (ECF No. # 8 )**

On September 17, 2025, this Court issued an *Order to Show Cause Why Case Should Not Be Dismissed for Failure to File List of Creditors* ("Order to Show Cause," (ECF No. # 8 ). Debtor(s) has failed to comply with the Order to Show Cause. For this reason, it is

**ORDERED**:

1. This case is DISMISSED.

2. The Court will not entertain a Motion for Reconsideration of this Order of Dismissal unless a List of Creditors has been filed and all fees are paid at the time the Motion is made.

3. Debtor(s) shall immediately remit any unpaid filing fees, if due. Debtor(s) must remit all past sums due to the Clerk before filing a new petition. The Clerk is authorized to refuse any petition until fees due from prior filings are paid in full. The Court retains jurisdiction over unpaid fees and the Clerk is authorized and directed to pursue all available avenues to ensure the fees are collected.

4. All scheduled hearings are cancelled.

**DONE AND ORDERED** on October 7, 2025.

/s/ Karen K. Specie
Karen K. Specie
U.S. Bankruptcy Judge

**Service:** Service by the Court to all creditors and parties in interest